

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2016

No. 04-16-00515-CV

**IN THE INTEREST OF W.T.H., A CHILD**

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-06-00217-CVK
Honorable Russell H. Wilson, Judge Presiding

**ORDER**

This appeal is DISMISSED. Costs of this appeal are taxed against the appellant.

It is so **ORDERED** on October 5, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2016.

_____
Keith E. Hottle, Clerk